# OSCN
## THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR CLEVELAND COUNTY, OKLAHOMA

| MARTHA BRANUM, AS MOTHER AND NEXT FRIEND OF ▮▮▮▮ B▮▮▮▮ Plaintiff, v. Western United Insurance Company d/b/a AAA Insurance Company, Defendant. | No. CJ-2011-1698 (Civil relief more than $10,000: AUTO NEGLIGENCE) Filed: 10/21/2011 Judge: Lucas, Tom A. |

## Parties

BRANUM, JAMES, Defendant
B▮▮▮▮, L▮▮▮▮, Minor
BRANUM, MARTHA, Plaintiff
Western United Insurance Company, Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| BAKER, ADAM M(Bar # 21474)<br>MCATEE & WOODS PC<br>410 NW 13TH STREET<br>OKLAHOMA CITY, OK 73103 | BRANUM, JAMES |
| BRANUM, JOHN L(Bar # 20165)<br>CARR & CARR<br>1350 S.W. 89TH STREET<br>OKC, OK 73159 | BRANUM, MARTHA<br>B▮▮▮▮, L▮▮▮▮ |
| WOODS, MAURICE G II(Bar # 16582)<br>MCATEE & WOODS PC<br>410 N.W. 13TH<br>OKLAHOMA CITY, OK 73102 | BRANUM, JAMES |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

**Party Name:**

Defendant: BRANUM, JAMES

Issue: AUTO NEGLIGENCE (AUTONEG)
Filed by: BRANUM, MARTHA
Filed Date: 10/21/2011
**Disposition Information:**

Disposed: DISMISSED - WITH PREJUDICE, 03/29/2012.
Other.

**Defendant:** Western United Insurance Company     Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | |
|---|---|---|---|---|---|---|
| 10-21-2011 | TEXT | 1 | | 12998009 | Oct 21 2011 4:10:28:800PM - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | |
| 10-21-2011 | AUTONEG | - | | 12998011 | Oct 21 2011 4:10:28:840PM Realized | $ 0.00 |
| | AUTO NEGLIGENCE | | | | | |
| 10-21-2011 | DMFE | - | | 12998012 | Oct 21 2011 4:10:28:860PM Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | |
| 10-21-2011 | PFE1 | - | | 12998013 | Oct 21 2011 4:16:19:050PM Realized | $ 163.00 |
| | PETITION($ 163.00) <br> 📄 _Document Available (#1016277728)_ | | | | | |
| 10-21-2011 | PFE7 | - | | 12998014 | Oct 21 2011 4:10:28:860PM Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 10-21-2011 | OCISR | - | | 12998015 | Oct 21 2011 4:10:28:860PM Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 10-21-2011 | LTF | - | | 12998016 | Oct 21 2011 4:10:28:930PM Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | |
| 10-21-2011 | SMF | - | | 12998017 | Oct 21 2011 4:10:28:980PM Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 10-21-2011 | TEXT | - | | 12998010 | Oct 21 2011 4:10:28:820PM - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE LUCAS, TOM A. TO THIS CASE. | | | | | |
| 10-21-2011 | ACCOUNT | - | | 12998028 | Oct 21 2011 4:13:13:180PM - | $ 0.00 |
| | RECEIPT # 2011-600825 ON 10/21/2011. <br> PAYOR:CARR & CARR ATTORNEY AT LAW TOTAL AMOUNT PAID: $211.00. <br> LINE ITEMS: <br> CJ-2011-1698: $168.00 ON AC01 CLERK FEES. <br> CJ-2011-1698: $6.00 ON AC23 LAW LIBRARY FEE. <br> CJ-2011-1698: $2.00 ON AC64 DISPUTE MEDIATION FEES. <br> CJ-2011-1698: $25.00 ON AC79 OCIS REVOLVING FUND. <br> CJ-2011-1698: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | | | |
| 11-16-2011 | EAA | - | | 13081150 | Nov 22 2011 3:20:37:723PM - | $ 0.00 |
| | ENTRY OF APPEARANCE: MAURICE G WOODS II OF MCATEE & WOODS PC FOR DEFENDANT NAMES BRANUM <br> 📄 _Document Available (#1016950397)_ | | | | | |
| 11-16-2011 | EAA | - | | 13081159 | Nov 22 2011 3:21:13:313PM - | $ 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ENTRY OF APPEARANCE: ADAM M BAKER OF MCATEE & WOODS PC FOR DEFENDANT JAMES BRANUM | | | | | |
| | 📄 Document Available (#1016950401) | | | | | |
| 11-16-2011 A | - | | 13081187 | Nov 22 2011 3:22:59:447PM | - | $ 0.00 |
| | ANSWER | | | | | |
| | 📄 Document Available (#1016950405) | | | | | |
| 12-06-2011 SMS | - | BRANUM, JAMES | 13111524 | Dec 7 2011 9:55:40:593AM | - | $ 0.00 |
| | SUMMONS RETURNED, SERVED / CM / JAMES BRANUM SIGNED ? ? 10-28-2011 | | | | | |
| | 📄 Document Available at Court Clerk's Office | | | | | |
| 03-29-2012 AMP | - | | 13386857 | Apr 2 2012 10:44:21:710AM | - | $ 0.00 |
| | AMENDED PETITION | | | | | |
| | 📄 Document Available (#1017777703) | | | | | |
| 03-29-2012 APLI | - | | 13386860 | Apr 2 2012 10:45:07:290AM | - | $ 0.00 |
| | JOINT APPLICATION FOR COURT APPROVAL OF SETTLEMENT, FOR COURT ORDER OF DISBURSEMENT AND FOR COURT ORDER OF PARTIAL DISMISSAL WITH PREJUDICE | | | | | |
| | 📄 Document Available (#1017782307) | | | | | |
| 03-29-2012 O | - | | 13386865 | Apr 2 2012 10:46:11:910AM | - | $ 0.00 |
| | ORDER APPROVING JOINT APPLICATION FOR COURT APPROVAL OF SETTLEMENT, FOR COURT ORDER OF DISBURSEMENT AND FOR COURT ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**TAL** | | | | | |
| | 📄 Document Available (#1017782295) | | | | | |
| 03-29-2012 O | - | | 13386881 | Apr 2 2012 10:46:47:850AM | - | $ 0.00 |
| | ORDER FOR TRUST**TAL** | | | | | |
| | 📄 Document Available (#1017782299) | | | | | |
| 03-29-2012 DISPCVDMWP | 1 | BRANUM, JAMES | 13386885 | May 15 2012 4:52:37:397PM | - | $ 0.00 |
| | DISMISSAL WITH PREJUDICE (PLTF DISMISSING DEF JAMES BRANUM) | | | | | |
| | 📄 Document Available (#1017782303) | | | | | |
| 04-09-2012 SMF | - | | 13401986 | Apr 9 2012 12:05:42:087PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 04-09-2012 ACCOUNT | - | | 13401991 | Apr 9 2012 12:06:08:217PM | - | $ 0.00 |
| | RECEIPT # 2012-629962 ON 04/09/2012. PAYOR:CARR & CARR, ATTORNEYS AT LAW TOTAL AMOUNT PAID: $5.00. LINE ITEMS: CJ-2011-1698: $5.00 ON AC01 CLERK FEES. | | | | | |
| 05-11-2012 MO | - | | 13484591 | May 14 2012 1:53:05:370PM | - | $ 0.00 |
| | MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION | | | | | |
| | 📄 Document Available (#1018016212) | | | | | |
| 05-11-2012 O | - | | 13485016 | May 14 2012 2:55:17:830PM | - | $ 0.00 |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION**TAL**
*Document Available (#1018016184)*

| | | | | | |
|---|---|---|---|---|---|
| 05-15-2012 | SMF | - | 13488381 | May 15 2012 1:15:26:613PM | Realized | $ 5.00 |

SUMMONS FEE (CLERKS FEE)($ 5.00)

| | | | | | |
|---|---|---|---|---|---|
| 05-15-2012 | AMP | - | 13489471 | May 15 2012 4:55:35:787PM | - | $ 0.00 |

SECOND AMENDED PETITION
*Document Available (#1018016406)*

| | | | | | |
|---|---|---|---|---|---|
| 05-15-2012 | ACCOUNT | - | 13488384 | May 15 2012 1:16:15:243PM | - | $ 0.00 |

RECEIPT # 2012-636801 ON 05/15/2012.
PAYOR:CARR & CARR ATTORNEYS AT LAW TOTAL AMOUNT PAID: $5.00.
LINE ITEMS:
CJ-2011-1698: $5.00 ON AC01 CLERK FEES.

Report Generated by The Oklahoma Court Information System at June 7, 2012 16:02 PM

End of Transmission.