IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTHA BRANUM, as Mother and Next Friend of L. B., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN UNITED INSURANCE COMPANY d/b/a AAA INSURANCE COMPANY,<br><br>Defendant. | Case No. **CIV-12-653-D** |

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Martha Branum, as Mother and Next Friend of L. B., a Minor, and hereby gives notice to the Court that the above-styled and numbered cause of action between the parties has settled in its entirety.

It is Plaintiff's intent to file a friendly suit in the District Court of Cleveland County to approve the minor's settlement and upon the district court's approval and conclusion of the friendly suit; Plaintiff will file a Joint Dismissal of the federal court action.

1

Dated this **6th** day of **November, 2012**.

*/s/ John Branum*
John L. Branum, OBA #20165
CARR & CARR
1350 S.W. 89th Street
Oklahoma City, OK 73159
405/249-4215 (Direct)
800/418-8210 (Fax)
jbranum@carrcarrokc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this **6th** day of **November, 2012**, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. J. Logan Johnson, Esq.
Ms. Katherine T. Loy, Esq.
Durbin Larimore & Bialick
920 N. Harvey Avenue
Oklahoma City, OK 73102
ljohnson@dlb.net
kloy@dlb.net

*/s/ John Branum*
John L. Branum

2