# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTHA BRANUM, as Mother and Next Friend of L.B., a Minor,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN UNITED INSURANCE COMPANY d/b/a AAA INSURANCE COMPANY,<br><br>    Defendant. | Case No. 12-CV-653-D |

## O R D E R

Before the Court is the parties' Motion to Remand [Dkt. # 24]. Upon consideration, and for good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that this action is remanded to the Oklahoma State District Court in Cleveland County, Oklahoma, case number CJ-2011-1698.

IT IS SO ORDERED this 21st day of November, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE